UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-20310-MGC

DOUG LONGHINI,

    Plaintiff,

v.

SPG PALMETTO PALMS LLC and
RELIABLE PARTS, INC.,

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, DOUG LONGHINI, and Defendant, SPG PALMETTO PALMS LLC and RELIABLE PARTS, INC.; and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this matter with prejudice.

Respectfully submitted this May 17, 2021.

| | |
|---|---|
| */s/ Anthony J. Perez* | */s/ Arlene K. Kline* |
| ANTHONY J. PEREZ | ARLENE K. KLINE |
| Florida Bar No.: 535451 | Florida Bar No. 104957 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | AKERMAN LLP |
| 4937 S.W. 74th Court, Unit #3 | 777 South Flagler Drive |
| Miami, FL 33155 | Suite 1100 West Tower |
| Telephone: (305) 553- 3464 | West Palm Beach, FL 33401-6183 |
| Facsimile: (305) 553-3031 | Office: (561) 653-5000 |
| Primary Email: ajperez@lawgmp.com | Facsimile (561) 659-6313 |
| *Attorney for Plaintiff* | Primary Email: arlene.kline@akerman.com |
| | *Attorney for Defendant, SPG Palmetto Palms LLC* |

*/s/ Alec R. Shelowitz*
ALEC R. SHELOWITZ
Florida Bar No. 1010127

COLE, SCOTT & KISSANE, P.A.
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Office: (305) 350-5311
Facsimile (305) 373-2294
Primary Email: alec.shelowitz@csklegal.com
*Attorney for Defendant, Reliable Parts, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 17 day of May 2021.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone:     (305) 553-3464
Facsimile:     (305) 553-3031
Primary E-Mail:  ajperez@gmplaw.com
Secondary E-Mail: bvirues@lawgmp.com;
aquezada@lawgmp.com

By:  */s/ Anthony J. Perez*
       ANTHONY J. PEREZ